# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Tupperware Brands Corporation Securities Litigation**

**BEN LAPIN,**

       **Plaintiff,**

**v.**                                            **Case No:   6:20-cv-357-Orl-31GJK**

**TUPPERWARE BRANDS CORPORATION, PATRICIA A. STITZEL, CHRISTOPHER D O'LEARY, CASSANDRA HARRIS and MICHAEL POTESHMAN,**

       **Defendants.**

## ORDER

This cause comes before the Court on the Motion to Consolidate Related Actions, Appoint Lead Plaintiff, and Approve Selection of Counsel (Doc. 30) filed April 27, 2020.

On May 27, 2020, the United States Magistrate Judge issued a report (Doc. 59) recommending that the motion be granted. A Joint Response was filed to the report on June 2, 2020 (Doc. 60).

Accordingly, it is

**ORDERED** that the Report and Recommendation (Doc. 59) is **CONFIRMED** and **ADOPTED** as part of this Order, except that the jointly proposed schedule set for the in the Response shall apply. The Motion to Consolidate Related Actions, Appoint Lead Plaintiff, and Approve Selection of Counsel (Doc. 30) is therefore **GRANTED in part**. The schedule is as follows:

1. Lead Plaintiff Srikalahasti M. Vagvala ("Vagvala") will file his consolidated amended class action complaint within 45 days from the date of this order.

2. Defendants may answer the consolidated amended complaint or move to dismiss within 45 days after the consolidated amended class action complaint is filed.

3. If Defendants move to dismiss the case, Vagvala's opposition to that motion will be due within 35 days of the filing of the motion to dismiss. Defendants may file a reply within 21 days of the filing of the opposition to the motion to dismiss.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 16, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party